*Mr. Jason L. Honigman* for respondent.

No. 429. SCHOOL BOARD OF NORFOLK ET AL. *v.* ALSTON ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. M. Hughes, Jr.* for petitioners. *Messrs. Leon A. Ransom, Thurgood Marshall, Benjamin Kaplan,* and *W. Robert Ming, Jr.* for respondents.

No. 430. STANOLIND PIPE LINE CO. *v.* OKLAHOMA TAX COMMISSION. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Donald Campbell, Guy H. Woodward,* and *John H. Cantrell* for petitioner. *Mr. F. M. Dudley* for respondent.

No. 432. EINSON-FREEMAN CO., INC. *v.* CORWIN, FORMER COLLECTOR OF INTERNAL REVENUE, ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel Gordon James Judge* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for respondents.

No. 433. CANADIAN RIVER GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Wales H. Madden, C. H. Keffer, Elmer L. Brock, John P. Akolt, E. R. Campbell, Milton Smith,* and *William A. Dougherty* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,*